UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES A. MARTIN, III,<br>　　　　　Plaintiff,<br>　vs.<br>SHERIFF FRANK ANDERSON,<br>　　　　　Defendant. | No. 1:06-cv-774-DFH-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

_David F. Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date: 2/22/2007

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk

Distribution:

James A. Martin III, DOC #882373, Westville Correctional Center, P.O. Box 473,
　　　Westville, IN 46391-0473
Eleanor Kristyne Finnell, efinnell@indygov.org